# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THOMAS JOHN STEWART, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 07-177 |
| | : | |
| GEORGE WAGNER, et al | : | |
| Defendants | : | |

## O R D E R

**STENGEL, J.**

**AND NOW,** this 31st day of August, 2010, IT IS **HEREBY ORDERED** that:

1. Plaintiff's motion for relief from judgment (Document #28) is **GRANTED.**

2. This court's July 20, 2007 order dismissing this action with prejudice (Document #25) is **VACATED.**

3. Defendants' motions to dismiss (Documents ## 7, 12, 19) are **REINSTATED.**

4. Defendant's oral motion for appointment of counsel is **GRANTED**.


BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.